UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AMANDA ROSE STONE, )<br>)<br>Defendant. ) | CASE NUMBER: 2:12-cr-00345-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Amanda Rose Stone from custody for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured Appearance Bond in the amount of $

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    X   (Other) Time Served and Conditions of Supervised Release Subject to Zero Tolerence Provision.

Issued at Sacramento, CA on 4/3/13 at 10:45 a.m.

By _____
Kimberly J. Mueller
United States District Judge